COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-06-351-CV

 

 

IN RE THE GOODYEAR TIRE
& RUBBER COMPANY                      RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

We have
considered relator=s AMotion
To Dismiss Mandamus Proceeding.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss this original
proceeding.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER
CURIAM

PANEL A: 
MCCOY, DAUPHINOT, and GARDNER, JJ.

 

DELIVERED: 
November 9, 2006











    [1]See
Tex. R. App. P. 47.4.